AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. 07-366

## ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

### *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ___3___ COPIES OF AO FORM 85.

JUN 0 8 2007
(Date forms issued)

_Erica Lenhoff_
(Signature of Party or their Representative)

_Erica Lenhoff_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action