## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **C.A. No. 07-366** |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| NEW CASTLE COUNTY, GUY H. SAPP, | : | |
| individually and in his official capacity, and | : | |
| CHARLOTTE L. CROWELL, individually and | : | |
| In her official capacity, | : | |
| | : | |
| | : | |
| **Defendants.** | : | |


## NOTICE OF MOTION

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489


**PLEASE TAKE NOTICE** that the within *Defendants Crowell, Sapp and New Castle County's Motion to Stay* will be presented to this Honorable Court at a time set by the Court.


NEW CASTLE COUNTY LAW DEPARTMENT

By: /s/ Eric Leonard Episcopo
Kristopher T. Starr (DE Bar I.D. No. 4004)
Assistant County Attorney
Eric L. Episcopo (DE Bar I.D. No. 2258)
First Assistant County Attorney
87 Read Way, New Castle, DE 19720
Tel: (302)395-5130
*Attorneys for Defendants*

Dated: August 10, 2007