IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL CONNOR,<br><br>      Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY, GUY H. SAPP,<br>individually and in his official capacity, and<br>CHARLOTTE L. CROWELL, individually and<br>In her official capacity,<br><br>      Defendants. | :<br>:<br>:<br>:  C.A. No. 07-366<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## PROPOSED ORDER

UPON CONSIDERATION of the *Defendants Crowell, Sapp and New Castle County's Motion to Stay*, it is this _____ day of _____, 2007,

ORDERED, that the Defendants' Motion be granted, and Plaintiff's suit against New Castle County will be stayed.

UNITED STATES DISTRICT JUDGE

_____
j.