## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | C.A. No. 07-366 |
| v. | : | |
| | : | **JURY TRIAL DEMANDED** |
| NEW CASTLE COUNTY, GUY H. SAPP, | : | |
| individually and in his official capacity, and | : | |
| CHARLOTTE L. CROWELL, individually and | : | |
| In her official capacity, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Eric Leonard Episcopo, Esquire, hereby certify that on the 10th day of August, 2007, I caused two (2) copies of the foregoing *Defendants Crowell, Sapp and New Castle County's Motion to Stay* to be served via electronic filing and U.S. mail upon the following parties:

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

NEW CASTLE COUNTY LAW DEPARTMENT

By: /s/ Eric Leonard Episcopo
Kristopher T. Starr (DE Bar I.D. No. 4004)
Assistant County Attorney
Eric L. Episcopo (DE Bar I.D. No. 2258)
First Assistant County Attorney
87 Read Way, New Castle, DE 19720
Tel: (302)395-5130
*Attorneys for Defendants*

Dated: August 10, 2007