IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL CONNOR,<br><br>       Plaintiff,<br><br>v.<br><br>NEW CASTLE COUNTY, GUY H. SAPP, individually and in his official capacity, and CHARLOTTE L. CROWELL, individually and In her official capacity,<br><br>       Defendants. | :<br>:<br>:<br>:<br>:  C.A. No. 07-366<br>:<br>:  JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Eric Leonard Episcopo, Esquire, hereby certify that on the 20th day of August, 2007, I caused two (2) copies of the foregoing *New Castle County's Reply Memorandum To Plaintiff's Answering Memorandum In Opposition To Defendant's Motion To Stay* to be served via electronic filing and U.S. mail upon the following parties:

Victor F. Battaglia, Sr., Esquire
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489

NEW CASTLE COUNTY LAW DEPARTMENT

By: /s/ Eric Leonard Episcopo
Kristopher T. Starr (DE Bar I.D. No. 4004)
Assistant County Attorney
Eric L. Episcopo (DE Bar I.D. No. 2258)
First Assistant County Attorney
87 Read Way, New Castle, DE 19720
Tel: (302)395-5130
*Attorneys for Defendants*

Dated: August 20, 2007