Christopher A. Coons
County Executive



Gregg E. Wilson
County Attorney

# OFFICE OF LAW

January 24, 2008

Chief Judge Gregory M. Sleet
U.S. District Court
844 N. King Street
Room 4209, Lock Box 18
Wilmington, DE 19801

    Re:   *Jill Connor v. New Castle County,*
           *Guy H. Sapp and Charlotte L. Crowell*
           <u>*C.A. Number 07-366*</u>

Dear Chief Judge Sleet:

    Consistent with my telephone conversation with Marie McDavid on January 23, 2008, this correspondence is to respectfully advise that Defendants Crowell, Sapp and New Castle County, hereby withdraw the Motion to Stay, filed by the County on August 10, 2007.

                                              Respectfully Submitted,

                                              <u>/s/ Eric Leonard Episcopo</u>
                                              Eric Leonard Episcopo
                                              First Assistant County Attorney

cc:    Gregg E. Wilson (via email)
        Charlotte L. Crowell (via email)
        Guy H. Sapp (via email)
        Victor Battaglia, Sr., Esquire (via electronic filing notification)