IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-366 GMS |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, GUY H. SAPP, | : | |
| individually and in his official capacity, | : | |
| and CHARLOTTE L. CROWELL, | : | |
| individually and In her official capacity, | : | |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

Please enter the appearance of Julie M. Sebring, Assistant County Attorney, as co-counsel on behalf of Defendants.

NEW CASTLE COUNTY
DEPARTMENT OF LAW

*/s/ Julie M. Sebring*
_____
Julie M. Sebring – DE Bar ID # 2259
Assistant County Attorney
New Castle County Government Center
87 Read's Way
New Castle, DE  19720
(302) 395-5130
Attorney for Defendants

Date: April 9, 2008