IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL CONNOR,<br><br>      Plaintiff,<br>v.<br><br>NEW CASTLE COUNTY, GUY H. SAPP,<br>individually and in his official capacity,<br>and CHARLOTTE L. CROWELL,<br>individually and In her official capacity,<br><br>      Defendants. | :<br>:<br>:<br>:   C.A. No. 07-366 GMS<br>:<br>:   JURY TRIAL DEMANDED<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I, Julie M. Sebring, Esquire, hereby certify that on the 9th day of April, 2008, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

      Victor F. Battaglia, Sr., Esquire
      Biggs & Battaglia
      921 North Orange Street
      P.O. Box 1489
      Wilmington, DE 19899-1489

      NEW CASTLE COUNTY
      DEPARTMENT OF LAW

      */s/ Julie M. Sebring*
      _____
      Julie M. Sebring – DE Bar ID # 2259
      Assistant County Attorney
      New Castle County Government Center
      87 Read's Way
      New Castle, DE  19720
      (302) 395-5130