IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | § § § | |
| Plaintiff, | § § | C.A. Number: 07-366 GMS |
| v. | § § § § | |
| NEW CASTLE COUNTY, GUY H. SAPP, individually and in his official capacity, and CHARLOTTE L. CROWELL, individually and in her official capacity, | § § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

**NOTICE OF SERVICE**

I, Victor F. Battaglia Sr., to hereby certify that on the __13th__ day of __May__ 2008 a true and correct copy of **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A) (1)** were forwarded via email:

        Eric Episcopo, Esquire
        Julie M. Sebring, Esquire
        New Castle County
        87 Read's Way
        New Castle, DE 19720

        By: _/s/ Victor F. Battaglia_
        Victor F. Battaglia, (DE Bar ID No.156)
        921 Orange Street
        P.O. Box 1489
        Wilmington, DE  19899-1489
        (302) 655-967
        *Attorney for Plaintiff*