# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | : | |
| | : | |
|     Plaintiff, | : | C.A. No. 07-366 GMS |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, GUY H. SAPP, | : | |
| individually and in his official capacity, | : | |
| and CHARLOTTE L. CROWELL, | : | |
| individually and In her official capacity, | : | |
| | : | |
|     Defendants. | : | |

## NOTICE OF SERVICE

I, Julie M. Sebring, Esquire, do hereby certify that on the 23rd day of May, 2008, a true and correct copy of **DEFENDANTS' INITIAL DISCLOSURES PURSUANT TO RULE 26** were forwarded via email to:

>Victor F. Battaglia, Sr., Esquire
>Biggs & Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899-1489

>NEW CASTLE COUNTY
>DEPARTMENT OF LAW

> /s/ *Julie M. Sebring*
>_____
>Julie M. Sebring – DE Bar ID # 2259
>Assistant County Attorney
>New Castle County Government Center
>87 Read's Way
>New Castle, DE 19720
>(302) 395-5130