IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | § § | |
| Plaintiff, | § § | C.A. Number: 07-366 SLR |
| v. | § § | |
| NEW C ASTLE COUNTY, GUY H. SAPP, Individually and in his official capacity, and CHARLOTTE L. CROWELL, individually and in Her official capacity, | § § § § § | **Trial by Jury Demanded** |
| Defendants. | § | |

# NOTICE OF SERVICE

I, Victor F. Battaglia, do hereby certify that on the 28th day of May, 2008 two (2) true and correct copies of **Plaintiff's First Set of Interrogatories Directed to All Defendants** was served via first class U.S. Mail, postage prepaid, to the following:

> Eric Leonard Episcopo, Esquire
> Julie M. Sebring, Esquire
> 87 Read's Way
> New Castle, DE   19720

BIGGS AND BATTAGLIA

By:  /s/ *Victor F. Battaglia*
 Victor F. Battaglia, Sr., Esq. (DE Bar I.D. No. 156)
 921 Orange Street
 Wilmington, DE 19801
 (302) 655-9677
 *Attorney for Plaintiff*