IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL CONNOR, | : |
|       Plaintiff, | : |
| | :   C.A. No. 07-366 GMS |
| v. | : |
| | :   JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, GUY H. SAPP, individually and in his official capacity, and CHARLOTTE L. CROWELL, individually and In her official capacity, | : |
|       Defendants. | : |

## WITHDRAWAL OF COUNSEL

Please withdraw the appearance of First Assistant County Attorney Eric Leonard Episcopo as attorney for Defendants.

                                    /s/ Eric Leonard Episcopo
                              Eric Leonard Episcopo  (I.D. # 2258)
                              First Assistant County Attorney
                              87 Reads Way, New Castle DE 19720
                              Tel:  (302)395-5130; Fax (302)395-5150
                              *Attorney for Defendant NCC*

DATED:  June 5, 2008