IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | § | |
| | § | |
| Plaintiff, | § | C.A. Number:  07-366 SLR |
| | § | |
| v. | § | |
| | § | |
| NEW C ASTLE COUNTY, GUY H. SAPP, | § | **Trial by Jury Demanded** |
| Individually and in his official capacity, and | § | |
| CHARLOTTE L. CROWELL, individually and in | § | |
| Her official capacity, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DEPOSITION

**TO:**  Julie M. Sebring, Esquire
87 Read's Way
New Castle, DE  19720

**PLEASE TAKE NOTICE** that the undersigned attorney will take the oral deposition of the following in the offices of **Biggs and Battaglia, 921 N. Orange Street, Wilmington, Delaware** on **Thursday, August 21, 2008** as follows:

| | |
|---|---|
| Guy Sapp | 10:00 a.m. |
| Charlotte Crowell | 12:00 noon |
| Brett Kleckner | 2:00 p.m. |

You are invited to attend and participate.

BIGGS AND BATTAGLIA

  /s/  *Victor F. Battaglia*
Victor F. Battaglia, Sr. (I.D. No. 156)
921 Orange Street
Wilmington, DE  19801
(302) 655-9677
*Attorney for Plaintiff*

Dated: August 1, 2008

## CERTIFICATE OF SERVICE

I, Victor F. Battaglia, Esquire, do hereby certify that on the 1st day of August, 2008,

I sent one true and correct cop of the foregoing **Notice of Deposition** via electronic filing

to the following:

> Julie M. Sebring, Esquire
> 87 Read's Way
> New Castle, DE  19720

**BIGGS AND BATTAGLIA**

  /s/  *Victor F. Battaglia*
Victor F. Battaglia, Sr. (I.D. No. 156)
921 Orange Street
Wilmington, DE 19801
(302) 655-9677
*Attorney for Plaintiff*