# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-366 GMS |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, GUY H. SAPP, | : | |
| individually and in his official capacity, | : | |
| and CHARLOTTE L. CROWELL, | : | |
| individually and In her official capacity, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Julie M. Sebring, Esquire, do hereby certify that on the 25th day of August, 2008, a true and correct copy of **DEFENDANTS' ANSWERS TO PLAINTIFF'S INTERROGATORIES and RESPONSES TO REQUEST FOR PRODUCTION** were forwarded via email to:

> Victor F. Battaglia, Sr., Esquire
> Biggs & Battaglia
> 921 North Orange Street
> P.O. Box 1489
> Wilmington, DE 19899-1489

> NEW CASTLE COUNTY
> DEPARTMENT OF LAW
>
> /s/ Julie M. Sebring
> _____
> Julie M. Sebring – DE Bar ID # 2259
> Assistant County Attorney
> New Castle County Government Center
> 87 Read's Way
> New Castle, DE 19720
> (302) 395-5130