## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JILL CONNOR, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C. A. No. 07-366-GMS |
| | : |
| NEW CASTLE COUNTY, et al., | : |
| | : |
| Defendants. | : |

## **ORDER**

At Wilmington this **2nd** day of **September, 2008.**

IT IS ORDERED that the mediation conference scheduled for Monday, September 15, 2008 beginning at 10:00 a.m.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.


/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE