**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW

921 NORTH ORANGE STREET

P.O. BOX 1489

WILMINGTON, DELAWARE 19899

(302) 655-9677

TELECOPIER (302) 655-7924

Writer's e-mail: VictorSr@batlaw.com

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
S. BERNARD ABLEMAN
WILLIAM D. BAILEY, JR.

September 2, 2008

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
U.S. District Court, District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

      RE:    Jill Connor v. New Castle County, *et al.*
               U.S. Dist. Ct. C.A. No: 07-366 GMS

Dear Judge Sleet:

     I write to advise the Court the parties settled the captioned case and that no further judicial action will be required. It is anticipated that a Stipulation of Dismissal will be submitted for the Court's approval in the near future.

                                                          Respectfully,

                                                            Victor F. Battaglia

VFB/khc
cc:    Julie M. Sebring, Esquire