# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JILL CONNOR, | : | |
| | : | |
| Plaintiff, | : | C.A. No. 07-366 GMS |
| v. | : | |
| | : | JURY TRIAL DEMANDED |
| NEW CASTLE COUNTY, GUY H. SAPP, | : | |
| individually and in his official capacity, | : | |
| and CHARLOTTE L. CROWELL, | : | |
| individually and In her official capacity, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL

The parties, by and through their undersigned counsel, hereby stipulate that the above matter has been settled between the parties and is, therefore, dismissed with prejudice.

| | |
|---|---|
| **BIGGS & BATTAGLIA** | **NEW CASTLE COUNTY OFFICE OF LAW** |
| /s/ Victor F. Battaglia, Sr. | /s/ Julie M. Sebring |
| Victor F. Battaglia, Sr. – DE Bar ID #156 | Julie M. Sebring – DE Bar ID #2259 |
| 921 N. Orange Street | New Castle County Government Center |
| P.O. Box 1489 | 87 Read's Way |
| Wilmington, DE 19899-1489 | New Castle, DE 19720 |
| (302) 655-9677 | (302) 395-5130 |